Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BEET, INC., a Washington corporation, RICHARD ROBB, SR., an individual, and DAVID ROBB, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VASILI ZOLOTOV, an individual,<br><br>Defendant. | Case No. C09-1743 JLR<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court on the motion of plaintiffs Beet, Incorporated, Richard Robb, Sr., and David Robb ("Plaintiffs") for leave to voluntarily dismiss Plaintiffs' claims and to dismiss all counterclaims of Defendant Vasili Zolotov (the "Motion").

The Court, having considered Plaintiffs' Motion, the accompanying declaration and the pleadings previously filed herein, FINDS:

1. Good cause exists for the Court to grant leave to Plaintiffs to voluntarily dismiss their claims;

2. Defendant does not raise any federal claims in his counterclaims against Plaintiff; and

3. Defendant will not be legally prejudiced by the dismissal of all claims and counterclaims in this matter; and

4. State court is the proper forum for litigating the claims arising from this dispute.

[PROPOSED] ORDER
[C09-1743 JLR]

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  THEREFORE, it is hereby ORDERED that:

2      1.    Plaintiffs' Motion is GRANTED.

3      2.    Plaintiffs' claims are voluntarily dismissed without prejudice; and

4      3.    Defendant's counterclaims are dismissed without prejudice.

6  DONE on this _____ day of _____, 2010

9                                                  _____
                                                Honorable Judge James L. Robart

12  Respectfully Submitted,

13  **Newman & Newman,**
**Attorneys at Law, LLP**

15  By: _____
John Du Wors, WSBA No. 33987
16  Michael Gustafson, WSBA No. 35666
505 Fifth Avenue, Suite 610
17  Seattle, Washington 98104
18  Telephone:  206-274-2800
Facsimile:  206-274-2801

[PROPOSED] ORDER
[C09-1743 JLR]

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800