Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BEET, INC., a Washington corporation, RICHARD ROBB, SR., an individual, and DAVID ROBB, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VASILI ZOLOTOV, an individual,<br><br>Defendant. | Case No. C09-1743 JLR<br><br>**DECLARATION OF JOHN DU WORS**<br><br>NOTE ON MOTION CALENDAR:<br><br>February 26, 2010 |

I, JOHN DU WORS, declare and testify as follows:

1. I am an attorney for Newman & Newman, Attorneys At Law, LLP, and counsel for Plaintiffs Beet, Inc., Richard Robb, Sr., and David Robb ("Plaintiffs") in this matter. I am over 18 years of age and I have personal knowledge of the facts as stated in this declaration and, if asked to do so, I could and would competently and truthfully testify to these facts under oath.

2. To date, the parties have not engaged in any discovery in this matter.

3. Contemporaneous with this Motion, Plaintiffs are filing a state court action for dissolution of Beet, Incorporated, of which Zolotov is a minority shareholder, in King County Superior Court. Plaintiffs are not reasserting their federal claim against Zolotov.

---

DECLARATION OF JOHN DU WORS
[C09-1743 JLR]

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  I declare under penalty of perjury under the laws of the United States and the State
2  of California that the foregoing is true and correct to the best of my knowledge.

4  EXECUTED this 28th day of January 2010, in Seattle, Washington.

_____
John Du Wors

DECLARATION OF JOHN DU WORS    NEWMAN & NEWMAN,    505 Fifth Ave. S., Ste. 610
[C09-1743 JLR]                 ATTORNEYS AT LAW, LLP    Seattle, Washington 98104
                                                        (206) 274-2800